**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADRIEN CHERENFANT** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-2987** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **WARDEN, PIKE COUNTY CORRECTIONAL FACILITY** | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

**AND NOW, THIS** 15th **DAY OF OCTOBER 2026**, upon consideration of Petitioner Adrien Cherenfant's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's response (Doc. 6), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.
2. Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Adrien Cherenfant from the custody of the Warden of the Pike County Correctional Facility and **SHALL RETURN** to Petitioner all his personal belongings.
3. Respondent **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration pursuant to 28 U.S.C. § 1746 **no later than Monday October 19, 2026, at 5:00 P.M.** confirming that Petitioner Adrien Cherenfant has been released from custody and that his personal belongings have been returned.

4. Respondent is **PERMANENTLY ENJOINED** from detaining Adrien Cherenfant pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondent elects to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondent must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge